UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:94-cv-00353-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JAMES H. FANNING,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion for an Order Approving Judgment Lien Renewal. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order for good cause shown in the plaintiff's brief.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for an Order Approving Judgment Lien Renewal (#11) is GRANTED, and the Judgment Lien (#8) is RENEWED for 20 years up to and including May 8, 2035.

Signed: April 27, 2015

Max O. Cogburn Jr.
United States District Judge

-1-